IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHELLE SQUIER RAVE,<br><br>     Plaintiff,<br><br>vs.<br><br>THE CITY OF KALISPELL, MT,<br>THE KALISPELL POLICE<br>DEPARTMENT, POLICE OFFICER<br>JOHN DOES (True names being<br>presently unknown to Plaintiff) and<br>THE COUNTY OF FLATHEAD, MT,<br>FLATHEAD COUNTY DETENTION<br>CENTER, and CORRECTIONAL<br>OFFICERS JOHN DOES (True names<br>being presently unknown to Plaintiff),<br><br>     Defendants. | CV 23-160-M-DLC-KLD<br><br><br>ORDER |

Plaintiff Michelle Squier Rave, who is proceeding pro se, filed this action against the above-named Defendants in December 2023 and paid the associated filing fee. (Doc.1). On March 3, 2025, Plaintiff filed a "Notice of Disability Discrimination under the ADA and Request for Accommodation." (Doc. 36).

Plaintiff states that she has sent "multiple requests for costs to order copies of past filings" in this case to the Clerk of Court and has requested the issuance of multiple third-party subpoenas. (Doc. 36). On March 3, 2025, the Court issued an

1

order denying Plaintiff's motion for the issuance of subpoenas. (Doc. 35). As reflected in the Notice of Electronic Filing, the Clerk of Court mailed a copy of that order to Plaintiff at the current address on record with the Court. (Doc. 35).

To the extent Plaintiff is requesting an order directing the Clerk of Court to mail her copies of other filings in the case, Plaintiff is advised that pursuant to the fee schedule for the United States District Court for the District of Montana, the Clerk of Court charges 50 cents per page copy fee. *See* https://www.mtd.uscourts.gov/fee-schedule. Any requests for copies of documents filed with the Court must be in writing, addressed to the Clerk of Court, and accompanied by payment of the 50 cents per page copy fee.

Plaintiff has provided no legal basis for the Court to grant her any relief under the Americans with Disabilities Act.

At all times during the pendency of this action, Plaintiff must immediately advise the Court of any change of address and its effective date. Failure to file a notice of change of address may result in the dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED this 4th day of March, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge