IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHELLE SQUIRE RAVE, | CV 23–160–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| THE CITY OF KALISPELL, MT, THE CITY KALISPELL POLICE DEPARTMENT, POLICE OFFICER JOHN DOES (true names being presently unknown to Plaintiff), COUNTY OF FLATHEAD, MT, FLATHEAD COUNTY DETENTION CENTER, and CORRECTIONAL OFFICERS JOHN DOES (true names being presently unknown to Plaintiff), | |
| Defendants. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation on two summary judgment motions filed by the City of Kalispell, Montana, and the Kalispell Police Department ("City Defendants") (Doc. 41), and Flathead County and Flathead County Detention Center ("County Defendants") (Doc. 45). (Doc. 64.) Judge DeSoto recommended that summary judgment be granted in favor of the Defendants and that this case be dismissed with prejudice. (*Id.* at 19.) Judge DeSoto further advised the parties that, pursuant to 28 U.S.C. § 636, any objections to the Findings and Recommendation must be

1

filed with the Clerk of Court and copies served on opposing counsel within fourteen days after entry of her Findings and Recommendation, or objection is waived. (*Id.*)

Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Reviewing the entirety of Judge DeSoto's Findings and Recommendation for clear error, the Court finds none.

Accordingly, IT IS ORDERED that the Findings and Recommendation (Doc. 64) is ADOPTED IN FULL.

IT IS FURTHER ORDERED that the City and County's Motions for Summary Judgment (Docs. 41, 45) are GRANTED and this case is DISMISSED with prejudice.

The Clerk of Court is directed to enter judgment in favor of Defendants and to close this case.

DATED this 15th day of April, 2026.

Dana L. Christensen, District Judge
United States District Court